IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06 CV 260**

| | |
|---|---|
| OKUMA AMERICA CORPORATION, | ) |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| DEANA HARRIS, MARK HARRIS, and CNC MACHINE TOOL SALES, LLC., | ) |
| Defendants. | ) |

THIS MATTER is before the court on its own motion. A Certification and Report of Initial Attorneys' Conference has been filed in this case. Prior to entering the Pre-Trial Order, an Initial Pretrial Conference will be held in Chambers. The parties are directed to appear for this conference on **Wednesday, April 11, 2007, at 11:00 a.m.**

IT IS SO ORDERED.

Signed: March 27, 2007

Graham C. Mullen
United States District Judge