# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
Civil Action No 3:06-CV-00260

| | |
|---|---|
| OKUMA AMERICA CORPORATION,<br><br>                    Plaintiff,<br><br>  v.<br><br>DEANA HARRIS, MARK HARRIS AND CNC MACHINE TOOL SALES, LLC,<br><br>                    Defendants. | ORDER |

**FOR GOOD CAUSE SHOWN,** the Consent Motion for Entry of Order to Rescind the Order and Writ of Attachments is hereby GRANTED, and the Order and Writ of Attachments are thereby RESCINDED. Further, the attachment bond posted by Plaintiff is to be returned to Plaintiff as soon as is practicable by this Court.

Signed: May 7, 2007

Graham C. Mullen
United States District Judge